United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12775-amc
Kayla Lesse                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi          Page 1 of 2         Date Rcvd: Nov 28, 2016
                         Form ID: pdf900      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
```
db            +Kayla Lesse,    6148 Gillespie Street,    Philadelphia, PA 19135-3611
13514407      +Aes/Pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
13514416      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13540152      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13514420      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13604211      +U.S. BANK NATIONAL ASSOCATION, Et Al...,    PHFA Loan Srving Div.,    2211 N. Front St.,
                Harrisburg, PA 17110
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:12     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2016 01:39:54
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2016 01:40:07     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13514406      +E-mail/Text: bankruptcy@rentacenter.com Nov 29 2016 01:40:23     Acceptance Now,
                5501 Headquarters Dr,    Plano, TX 75024-5837
13514408      +E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:12     City of Philadelphia, Law Department,
                Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1601
13514409      +E-mail/Text: electronicbkydocs@nelnet.net Nov 29 2016 01:40:02     Dept Of Education/Neln,
                121 S 13th St,    Lincoln, NE 68508-1904
13514415       E-mail/Text: cio.bncmail@irs.gov Nov 29 2016 01:39:44     Dept. of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13514414      +E-mail/Text: ahamilton@hillcrestdavidson.com Nov 29 2016 01:39:46     Hillcrest Davidson & A,
                850 N Dorothy Dr Ste 512,    Richardson, TX 75081-2794
13514417      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 29 2016 01:39:59     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13514419      +E-mail/Text: blegal@phfa.org Nov 29 2016 01:40:02     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13536725      +E-mail/Text: electronicbkydocs@nelnet.net Nov 29 2016 01:40:02
                U.S. Department of Education C/O Nelnet,    3015 South Parker Road, Suite 400,
                Aurora, CO 80014-2904
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13514411*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13514412*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13514413*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13514410*     +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13514418*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Kayla  Lesse dmo160west@gmail.com, davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2              Date Rcvd: Nov 28, 2016
                              Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCATION, Et Al... lhaller@pkh.com, dmaurer@pkh.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                        TOTAL: 7

Case 15-12775-amc    Doc 46    Filed 11/30/16    Entered 12/01/16 01:12:06    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAYLA LESSE                                    Chapter 13

                    Debtor          Bankruptcy No. 15-12775-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _23rd_ day of _Nov_____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
KAYLA LESSE

6148 Gillespie Street

Philadelphia, PA 19135-