# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kayla Lesse <br>         <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-12775 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5303

                                      Respectfully submitted,

                                      **/s/Thomas Puleo, Esquire**
                                      Thomas Puleo, Esquire
                                      Brian C. Nicholas, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406